AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Oregon

RCVD 18-JUL 2023

FILED 23 AUG 15 13:28USDC-ORM

| | |
|---|---|
| United States of America<br>v.<br>**NEGASI ZUBERI**<br>**aka JUSTIN JOSHUA HYCHE**<br><br>_Defendant_ | ) Case No. 1:23-mj · 117.CL<br>)<br>)<br>)<br>) |

## ARREST WARRANT  ORIGINAL

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  Negasi Zuberi aka Justin Joshua Hyche                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1201 - Interstate Kidnapping

Date: 7/17/23

_Issuing officer's signature_

City and state: Medford, Oregon

MARK D. CLARKE, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 7/18/23 , and the person was arrested on _(date)_ 7/24/23
at _(city and state)_ Reno, NV

Date: 8/14/23

_Arresting officer's signature_

Ronni L. Bush
_Printed name and title_