NATALIE K. WIGHT, OSB # 035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**NEGASI ZUBERI,**<br>**aka JUSTIN JOSHUA HYCHE,**<br><br>**Defendant.** | 1:23-cr-00254-MC<br><br>**UNITED STATES' NOTICE OF ASSOCIATION OF COUNSEL** |

Please be advised that Assistant United States Attorney Jeffrey S. Sweet is appearing as co-counsel for the government in the above-captioned case. Notices should be sent to Jeffrey S. Sweet at Jeff.sweet@usdoj.gov.

Dated: September 11, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney

**NOTICE OF ASSOCIATION OF COUNSEL**