NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JOHN C. BRASSELL, WASB #51639**
Assistant United States Attorney
John.Brassell@usdoj.gov
310 West Sixth Street
Medford, Oregon 97501
Telephone: (541) 776-3564
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-cr-00254-MC |
| v. | **UNITED STATES' UNOPPOSED MOTION FOR A PROTECTIVE ORDER** |
| **NEGASI ZUBERI**<br>**aka Justin Joshua Hyche,** | |
| **Defendant.** | |

The United States hereby moves for an order pursuant to Fed. R. Crim. P. 16(d)(1), to prevent the dissemination or misuse of discovery material containing sensitive information and personal identifying information. Defense counsel Michael Bertholf does not object to the proposed protective order.

The discovery material in this case will contain sensitive information, which includes personal identifying information. The requested protective order would prevent the dissemination of this material. Sensitive information is defined as: (1) nonparty identifying information, including dates of birth, driver's license numbers, and social security numbers; (2) nonparty financial information, including bank account numbers, credit or debit card numbers,

**United States' Unopposed Motion for Protective Order**                  Page 1

account passwords, or taxpayer identification numbers; and (3) for individuals identified as victims in law enforcement reports, their: physical addresses, medical records, telephone numbers, email addresses, social media accounts, family members' names, and other identifying information.

Accordingly, the government respectfully requests that the Court order that: (1) defendant not copy or disseminate any discovery material produced by the government; (2) that counsel of record not copy or disseminate discovery material produced by the government, except: (a) in filings or submissions to the Court; (b) to those persons employed by defense counsel who are necessary to assist counsel in preparation for trial or other proceedings; and (c) as necessary for investigative purposes, the defense may show other individuals discovery material that does not contain unredacted sensitive information and that does not contain the images, recordings or reports of individuals identified as victims; (3) that defendant shall not be allowed to review, access or possess any discovery which contains unredacted sensitive information; (4) that defendant shall not be allowed to have a copy of, or unsupervised access to, discovery which contains audio, video or images of individuals identified as victims or which is marked as Supervised Access Only. The government is responsible for labeling any material as Supervised Access Only.

The Protective Order would not prevent defense counsel from providing a copy of discovery material to defendant for his review, except as provided above.

The parties agree that the proposed protective order would apply to all discovery, including both future discovery and any discovery which has been received.

\ \ \

\ \ \

**United States' Unopposed Motion for Protective Order**                                                                **Page 2**

The parties respectfully request that if the parties both agree to exceptions to the Order, they may do so without further leave of the Court. And if either party believes additional modifications or exceptions are necessary that are not jointly agreed to, they may seek the approval of the Court.

Dated: September 29, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*s/ John C. Brassell*
JOHN C. BRASSELL
Assistant United States Attorney