Negasi Zuberi

RECVD '23 NOV 27 13:44 USDC-ORM
FILED '23 DEC 4 13:19 USDC-ORM

11/21/23

Jackson County Jail

The Honorable Michael J McShane
Judge of the United States District Court
District of Oregon
Medford Division
310 West 6th Street
Medford, OR 97501

Dear Judge Michael J McShane

On July 16th 2023 I became under investigation for count 1 and count 2 that are charged in the indictment in case 1:23-cr-00254-MC. It has been over 4 months, yet the investigation is still ongoing. I have invoked my right to a speedy trial, however the prosecutors plan to file a motion of complexity to strip me of my right and delay trial. They have also violated my right to due process, which is guranteed to all citizens by the United States Constitution. Although, they have comitted other violations; I have only listed the essential.

Why is the FBI still investigating? The FBI is still investigating due to the fact that the alleged charges are unprovable. They have broadcasted me on national television for months; with aim in locating anyone willing to provid evidence to rectify their insuffiency. With the continous advertisements for the public's help, one can infer that the governments case is weak.

I object to the governments motion of complexity. This is merely a tatic to delay trial and keep me suffering in jail. This case is not complex. It is rather simple. The facts are: there is one witness who alleges count 1 and count 2. The witness story is contradicted by evidence, the lack of evidence, and two other witnesses. This case is simple.

Prosecutors are looking to make a simple case complex. You can not find what does not exist. Their failed publicity hunt has led them in search for character witnesses. They are now looking to bring in character witnesses to try and get a conviction. This is desperatism and according to federal rules it is not admissible.

Due process is the right to see, inspect, examine, analyse, and confirm all evidence being used against me in a criminal proceeding. The government has pictures of what they call a "make shift cell". This evidence is the life of their case. They sent this evidence to the media to formulate a narrative for the entire nation to peruse. I was made famous from this vital evidence.

This critical evidence was totally annihilated within 24 to 72 hours after the execution of the search warrant at 1336 N Eldorado Ave Klamath Falls, OR 97601. It was totally destroyed before I was criminally charged. Due to the FBI's failure to preserve the evidence, we will never have the opportunity to inspect, examine, and analyse essential evidence. Without equal opportunity there can be no fair trial. Due process is my unalienable right that was lost before charges were filed. If this is not unconstitutional then how much more destruction do we need to qualify? I ask that these charges be dismissed based on the unconstitutionality of this case.

Sincerely,

Sakima L.D. Zuberi
Negosi Zuberi
Justin Joshua Hyche