# Government's Exhibits 1-6

# Filed Under Seal