

Exhibit 1-2
Page 1 of 122

ZUBERI_0002623

Produced Pursuant To Protective Order

GOVERNMENT
EXHIBIT
1-2
1:23-cr-00254-MC



Exhibit 1-2
Page 2 of 122

Produced Pursuant To Protective Order

ZUBERI_0002625



Exhibit 1-2
Page 3 of 122

Produced Pursuant To Protective Order

ZUBERI_0002627



Exhibit 1-2
Page 4 of 122

Produced Pursuant To Protective Order

ZUBERI_0002629



Exhibit 1-2
Page 5 of 122

Produced Pursuant To Protective Order

ZUBERI_0002631



Exhibit 1-2
Page 6 of 122

Produced Pursuant To Protective Order                                                                                                 ZUBERI_0002633



Exhibit 1-2
Page 7 of 122

Produced Pursuant To Protective Order

ZUBERI_0002635



Exhibit 1-2
Page 8 of 122

Produced Pursuant To Protective Order

ZUBERI_0002637



Exhibit 1-2
Page 9 of 122

Produced Pursuant To Protective Order

ZUBERI_0002639



Exhibit 1-2
Page 10 of 122

Produced Pursuant To Protective Order

ZUBERI_0002641



Exhibit 1-2
Page 11 of 122

Produced Pursuant To Protective Order                                    ZUBERI_0002643



Produced Pursuant To Protective Order

Exhibit 1-2
Page 12 of 122

ZUBERI_0002645



Exhibit 1-2
Page 13 of 122

Produced Pursuant To Protective Order                                                ZUBERI_0002647



Exhibit 1-2
Page 14 of 122

Produced Pursuant To Protective Order                                        ZUBERI_0002649



Exhibit 1-2
Page 15 of 122

Produced Pursuant To Protective Order

ZUBERI_0002651



Exhibit 1-2
Page 16 of 122

Produced Pursuant To Protective Order    ZUBERI_0002653



Exhibit 1-2
Page 17 of 122

Produced Pursuant To Protective Order

ZUBERI_0002655



Exhibit 1-2
Page 18 of 122

Produced Pursuant To Protective Order

ZUBERI_0002657



Exhibit 1-2
Page 19 of 122

Produced Pursuant To Protective Order

ZUBERI_0002659



Exhibit 1-2
Page 20 of 122

Produced Pursuant To Protective Order

ZUBERI_0002661



Exhibit 1-2
Page 21 of 122

Produced Pursuant To Protective Order

ZUBERI_0002663



Exhibit 1-2
Page 22 of 122

Produced Pursuant To Protective Order

ZUBERI_0002665



Exhibit 1-2
Page 23 of 122

Produced Pursuant To Protective Order

ZUBERI_0002667



Exhibit 1-2
Page 24 of 122

Produced Pursuant To Protective Order

ZUBERI_0002669



Exhibit 1-2
Page 25 of 122

Produced Pursuant To Protective Order

ZUBERI_0002671



Exhibit 1-2
Page 26 of 122

Produced Pursuant To Protective Order

ZUBERI_0002673



Exhibit 1-2
Page 27 of 122

Produced Pursuant To Protective Order

ZUBERI_0002675



Exhibit 1-2
Page 28 of 122

Produced Pursuant To Protective Order

ZUBERI_0002677



Exhibit 1-2
Page 29 of 122
Produced Pursuant To Protective Order                                        ZUBERI_0002679



Exhibit 1-2
Page 30 of 122

Produced Pursuant To Protective Order

ZUBERI_0002681



Exhibit 1-2
Page 31 of 122

Produced Pursuant To Protective Order

ZUBERI_0002683



Exhibit 1-2
Page 32 of 122

Produced Pursuant To Protective Order

ZUBERI_0002685



Exhibit 1-2
Page 33 of 122

Produced Pursuant To Protective Order                                                    ZUBERI_0002687



Exhibit 1-2
Page 34 of 122

Produced Pursuant To Protective Order

ZUBERI_0002689



Exhibit 1-2
Page 35 of 122

Produced Pursuant To Protective Order

ZUBERI_0002691



Exhibit 1-2
Page 36 of 122

Produced Pursuant To Protective Order

ZUBERI_0002693



Exhibit 1-2
Page 37 of 122

Produced Pursuant To Protective Order

ZUBERI_0002695



Exhibit 1-2

Produced Pursuant To Protective Order                                ZUBERI_0002697



Exhibit 1-2
Page 39 of 122

Produced Pursuant To Protective Order

ZUBERI_0002699



Exhibit 1-2
Page 40 of 122

Produced Pursuant To Protective Order                                    ZUBERI_0002701



Exhibit 1-2
Page 41 of 122

Produced Pursuant To Protective Order

ZUBERI_0002703



Exhibit 1-2
Page 42 of 122

Produced Pursuant To Protective Order                                                    ZUBERI_0002705



Exhibit 1-2
Page 43 of 122

Produced Pursuant To Protective Order

ZUBERI_0002707



Exhibit 1-2
Page 44 of 122

Produced Pursuant To Protective Order

ZUBERI_0002709



Exhibit 1-2
Page 45 of 122

Produced Pursuant To Protective Order

ZUBERI_0002711

Exhibit 1-2
Page 46 of 122

Produced Pursuant To Protective Order

ZUBERI_0002713



Exhibit 1-2
Page 47 of 122

Produced Pursuant To Protective Order

ZUBERI_0002715



Exhibit 1-2
Page 48 of 122

Produced Pursuant To Protective Order                                                    ZUBERI_0002749



Exhibit 1-2
Page 49 of 122

Produced Pursuant To Protective Order

ZUBERI_0002751



Exhibit 1-2
Page 50 of 122

Produced Pursuant To Protective Order

ZUBERI_0002753



Exhibit 1-2
Page 51 of 122

Produced Pursuant To Protective Order

ZUBERI_0002755



Exhibit 1-2
Page 52 of 122

Produced Pursuant To Protective Order

ZUBERI_0002757



Exhibit 1-2
Page 53 of 122

Produced Pursuant To Protective Order

ZUBERI_0002759



Exhibit 1-2
Page 54 of 122

Produced Pursuant To Protective Order

ZUBERI_0002761



Exhibit 1-2
Page 55 of 122

Produced Pursuant To Protective Order

ZUBERI_0002763



Exhibit 1-2
Page 56 of 122

Produced Pursuant To Protective Order



Exhibit 1-2
Page 57 of 122

Produced Pursuant To Protective Order



Exhibit 1-2
Page 58 of 122

Produced Pursuant To Protective Order

ZUBERI_0002769



Exhibit 1-2
Page 59 of 122

Produced Pursuant To Protective Order



Produced Pursuant To Protective Order

Exhibit 1-2
Page 60 of 122

ZUBERI_0002773



Exhibit 1-2
Page 61 of 122

Produced Pursuant To Protective Order

ZUBERI_0002775



Produced Pursuant To Protective Order

Exhibit 1-2
Page 62 of 122

ZUBERI_0002777



Exhibit 1-2
Page 63 of 122

Produced Pursuant To Protective Order

ZUBERI_0002779



Exhibit 1-2
Page 64 of 122

Produced Pursuant To Protective Order

ZUBERI_0002781



Exhibit 1-2
Page 65 of 122

Produced Pursuant To Protective Order                ZUBERI_0002783



Exhibit 1-2
Page 66 of 122

Produced Pursuant To Protective Order

ZUBERI_0002785



Exhibit 1-2
Page 67 of 122

Produced Pursuant To Protective Order

ZUBERI_0002787



Produced Pursuant To Protective Order

Exhibit 1-2
Page 68 of 122

ZUBERI_0002789



Exhibit 1-2
Page 69 of 122

Produced Pursuant To Protective Order

ZUBERI_0002791



Exhibit 1-2
Page 70 of 122

Produced Pursuant To Protective Order

ZUBERI_0002793



Exhibit 1-2
Page 71 of 122

Produced Pursuant To Protective Order

ZUBERI_0002795



Exhibit 1-2
Page 72 of 122

Produced Pursuant To Protective Order

ZUBERI_0002797



Produced Pursuant To Protective Order

Exhibit 1-2
Page 73 of 122

ZUBERI_0002799



Exhibit 1-2
Page 74 of 122

Produced Pursuant To Protective Order    ZUBERI_0002801



Exhibit 1-2
Page 75 of 122

Produced Pursuant To Protective Order    ZUBERI_0002803



Exhibit 1-2
Page 76 of 122

Produced Pursuant To Protective Order

ZUBERI_0002805



Exhibit 1-2
Page 77 of 122

Produced Pursuant To Protective Order

ZUBERI_0002807



Produced Pursuant To Protective Order

Exhibit 1-2
Page 78 of 122

ZUBERI_0002809



Produced Pursuant To Protective Order

Exhibit 1-2
Page 79 of 122

ZUBERI_0002811



Exhibit 1-2
Page 80 of 122

Produced Pursuant To Protective Order

ZUBERI_0002813



Exhibit 1-2
Page 81 of 122

Produced Pursuant To Protective Order

ZUBERI_0002815



Produced Pursuant To Protective Order

Exhibit 1-2
Page 82 of 122

ZUBERI_0002817



Exhibit 1-2
Page 83 of 122

Produced Pursuant To Protective Order

ZUBERI_0002819



Exhibit 1-2
Page 84 of 122

Produced Pursuant To Protective Order

ZUBERI_0002821



Exhibit 1-2
Page 85 of 122

Produced Pursuant To Protective Order

ZUBERI_0002823



Exhibit 1-2
Page 86 of 122

Produced Pursuant To Protective Order

ZUBERI_0002825



Produced Pursuant To Protective Order

Exhibit 1-2
Page 87 of 122

ZUBERI_0002827



Exhibit 1-2
Page 88 of 122

Produced Pursuant To Protective Order

ZUBERI_0002829



Produced Pursuant To Protective Order

Exhibit 1-2

ZUBERI_0002831



Exhibit 1-2
Page 90 of 122

Produced Pursuant To Protective Order

ZUBERI_0002833



Exhibit 1-2
Page 91 of 122

Produced Pursuant To Protective Order                                                                     ZUBERI_0002835



Exhibit 1-2
Page 92 of 122

Produced Pursuant To Protective Order

ZUBERI_0002837



Exhibit 1-2
Page 93 of 122

Produced Pursuant To Protective Order

ZUBERI_0002839



Produced Pursuant To Protective Order

Exhibit 1-2
Page 94 of 122

ZUBERI_0002841



Exhibit 1-2
Page 95 of 122

Produced Pursuant To Protective Order

ZUBERI_0002843



Exhibit 1-2
Page 96 of 122

Produced Pursuant To Protective Order

ZUBERI_0002845



Exhibit 1-2
Page 97 of 122

Produced Pursuant To Protective Order

ZUBERI_0002847



Exhibit 1-2
Page 98 of 122

Produced Pursuant To Protective Order

ZUBERI_0002863



Exhibit 1-2
Page 99 of 122

Produced Pursuant To Protective Order

ZUBERI_0002864



Exhibit 1-2
Page 100 of 122

Produced Pursuant To Protective Order

ZUBERI_0002866



Produced Pursuant To Protective Order

Exhibit 1-2

ZUBERI_0002867



Exhibit 1-2
Page 102 of 122

Produced Pursuant To Protective Order

ZUBERI_0002889



Exhibit 1-2
Page 103 of 122

Produced Pursuant To Protective Order

ZUBERI_0002890



Exhibit 1-2
Page 104 of 122

Produced Pursuant To Protective Order

ZUBERI_0002891



Exhibit 1-2
Page 105 of 122

Produced Pursuant To Protective Order

ZUBERI_0002892



Exhibit 1
Page 106 of 122

Produced Pursuant To Protective Order

ZUBERI_0002893



Exhibit 1-2
Page 107 of 122

Produced Pursuant To Protective Order                                    ZUBERI_0002894



Exhibit 1-2
Page 108 of 122

Produced Pursuant To Protective Order                                                    ZUBERI_0002895



Produced Pursuant To Protective Order

Exhibit 1-2

ZUBERI_0002897



Exhibit 1-2
Page 110 of 122

Produced Pursuant To Protective Order

ZUBERI_0002898



Exhibit 1-2
Produced Pursuant To Protective Order
ZUBERI_0002899



Exhibit 1-2
Page 112 of 122

Produced Pursuant To Protective Order

ZUBERI_0003052



Exhibit 1-2
Page 113 of 122

Produced Pursuant To Protective Order

ZUBERI_0003053



Exhibit 1-2
Page 114 of 122

Produced Pursuant To Protective Order

ZUBERI_0003054



Exhibit 1-2
Page 115 of 122

Produced Pursuant To Protective Order

ZUBERI_0003055



Exhibit 1-2
Page 116 of 122

Produced Pursuant To Protective Order

ZUBERI_0003056



Exhibit 1-2
Page 117 of 122

Produced Pursuant To Protective Order

ZUBERI_0003060



Exhibit 1-2
Page 118 of 122

Produced Pursuant To Protective Order

ZUBERI_0003061



Exhibit 1-2
Page 119 of 122

Produced Pursuant To Protective Order

ZUBERI_0003062



Exhibit 1-2
Page 120 of 122

Produced Pursuant To Protective Order

ZUBERI_0003063



Exhibit 1-2
Page 121 of 122

Produced Pursuant To Protective Order

ZUBERI_0003064



Exhibit 1-2
Page 122 of 122

Produced Pursuant To Protective Order

ZUBERI_0005204