NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Jeff.Sweet@usdoj.gov
**NATHAN J. LICHVARCIK**
Nathan.j.Lichvarcik@usdoj.gov
**MARCO A. BOCCATO, OSB #103437**
Marco.Boccato@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 1:23-cr-00254-MC |
| v. | **GOVERNMENT'S PROPOSED VERDICT FORM** |
| **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE,** | |
| Defendant. | |

The United States of America respectfully submits the attached proposed verdict form.

Dated: August 2, 2024

                                                           Respectfully submitted,

                                                           NATALIE K. WIGHT
                                                           United States Attorney

                                                           /s/ *Suzanne Miles*
                                                           SUZANNE MILES
                                                           Assistant United States Attorney

**Government's Proposed Verdict Form**

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**　　　　　1:23-cr-00254-MC

　　　**v.**　　　　　　　　　　　　　　　**VERDICT**

**NEGASI ISHAIAH ZUBERI, aka**
**JUSTIN JOSHUA HYCHE**


We, the jury, being duly empaneled and sworn, hereby unanimously find **NEGASI ISHAIAH ZUBERI, aka JUSTIN JOSHUA HYCHE**, as follows:

## Count 1
## Kidnapping

_____ Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which type(s) of conduct your verdict is based on**:

(Please check all that apply)

　　_____ Defendant transported AV1 across state lines from Washington to Oregon

　　_____ Defendant traveled in interstate commerce in committing, or in furtherance of, the offense

　　_____ Defendant used any means, facility, or instrumentality of interstate commerce in committing or furtherance of the offense

## Count 2
## Transportation for Criminal Sexual Activity

_____ Not Guilty

_____ Guilty

Verdict　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

## Count 3
## Kidnapping

_____Not Guilty

_____ Guilty


## Count 4
## Felon in Possession of a Firearm and Ammunition

_____Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm your verdict is based on**:

(Please check all that apply)

\_\_\_\_\_an HS Produkt Springfield XDM 9xl9mm pistol

\_\_\_\_\_approximately 8 rounds of Blazer 9mm Luger ammunition

\_\_\_\_\_approximately 4 rounds of Hornady 9mm Luger ammunition

\_\_\_\_\_approximately 4 rounds of NovX 9mm Luger ammunition

\_\_\_\_\_approximately 3 rounds of SIG 9mm Luger ammunition


## Count 5
## Felon in Possession of a Firearm and Ammunition

_____Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition or firearm(s) your verdict is based on**:

(Please check all that apply)

\_\_\_\_\_a Remington Arms Company, Model 783, .308 Winchester caliber rifle

\_\_\_\_\_an Anderson Manufacturing, Model AM-15, multi-caliber rifle

    \_\_\_\_\_an E.R. Amantino (Stoeger), Model Condor Competition, 12 gauge shotgun

    \_\_\_\_\_approximately 27 rounds of Lake City Arsenal 5.56 ammunition

    \_\_\_\_\_approximately 27 rounds of Blazer 9mm Luger ammunition

    \_\_\_\_\_two rounds of Remington Arms 9mm Luger ammunition

    \_\_\_\_\_one round of Hornady 9mm Luger ammunition

    \_\_\_\_\_approximately 16 rounds of NovX 9mm Luger ammunition

    \_\_\_\_\_approximately 17 rounds of SIG 9mm Luger ammunition

    \_\_\_\_\_one Federal 12 gauge shotgun shell

    \_\_\_\_\_one Winchester 12 gauge shotgun shell

**<u>Count 6</u>**
**Felon in Possession of Ammunition**

_____Not Guilty

_____ Guilty

**<u>If you checked "Guilty", you must choose at least one of the following to explain which ammunition your verdict is based on</u>**:

    \_\_\_\_\_approximately 410 rounds of Lake City Arsenal 5.56 ammunition

    \_\_\_\_\_one round of Hornady 6mm ARC ammunition

    \_\_\_\_\_one round of Tula Cartridge Works 7.62x39 ammunition

    \_\_\_\_\_approximately 4 Federal 12 gauge shotgun shells

    \_\_\_\_\_approximately 14 Winchester 12 gauge shotgun shells

## Count 7
## Felon in Possession of Ammunition

_____ Not Guilty

_____ Guilty

**If you checked "Guilty", you must choose at least one of the following to explain which ammunition your verdict is based on**:

\_\_\_\_\_ approximately 79 rounds of Tula Cartridge Works 7.62x39 ammunition

\_\_\_\_\_ approximately 246 rounds of Remington Arms 9mm Luger ammunition

\_\_\_\_\_ approximately 8 rounds of Blazer 9mm Luger ammunition

\_\_\_\_\_ approximately 30 rounds of Hornady 6mm ARC ammunition

Dated: October _____, 2024

_____
PRESIDING JUROR