UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

Plaintiff,

v.

NEGASI ISHAIAH ZUBERI, aka JUSTIN
JOSHUA HYCHE, aka SAKIMA ZUBERI,

Defendants.

Case No.:    23-CR-00254-MC

CLERK'S LIST OF WITNESSES
AND EXHIBITS

| | |
|---|---|
| Judge: | Michael J. McShane |
| Counsel for Plaintiff: | Jeffrey S. Sweet, Marco Boccato, Nathan J. Lichvarcik and Suzanne A. Miles |
| Counsel for Defendant: | Amy Elizabeth Potter and Michael Bertholf |
| Courtroom Deputy: | Charlene Pew and Rebecca Moore |
| Court Reporter: | Week 1 – Lindsey Weresch; Week 2 – Kellie Humiston |
| Dates of Trial: | 10/8/2024, 9, 10, 11, 15, 16, 17 and 18. |

| EXH # | Plf | Dft | Ct. Act | EXHIBIT DESCRIPTION | WITNESS | BY |
|---|---|---|---|---|---|---|
| | | | | **Plaintiff's Exhibits** | | |
| 1 | X | | A | Map—Washington state | AV1 | |
| 2 | X | | A | Map—Seattle, Washington | AV1 | |
| 3 | X | | A | Maps—Aurora Ave. area | | |
| 4 | X | | A | Aerial photos—Aurora Ave. area | Av1 | |
| 5 | X | | A | Photos—Aurora Ave. and 109th St. | | |
| 6 | X | | A | Photos—107th St. | Av1 | |
| 7 | X | | A | Drone video—Aurora Ave. area | Gluesenkamp | |

| 8 | X | | A | Diagram—Overhead of Honda Pilot interior | AV1; Logan; AV2; | |
| 9 | X | | A | Audio—Two 911 calls from July 15, 2023 | Geary | |
| 10 | X | | A | Video—Sgt. DuVal's body camera from July 15, 2023 at KFC in Klamath Falls | AV1 | |
| 11 | X X | | A | Images—Excerpts from Sgt. DuVal's body camera at KFC | Geary DuVal | |
| 12 | X | | A | Photos—KFC parking lot | | |
| 13 | X | | A | Physical exhibit—Springfield XDM pistol | DuVal; Giovanetty | |
| 14 | X | | A | Physical exhibit—Magazine and 19 rounds of ammunition from Springfield pistol | Giovanetty | |
| 15 | X | | A | Image—Excerpt from Sgt. DuVal's body camera of AV1 at hospital | AV1 | |
| 16 | X X | | A | Photos—AV1's injuries, taken at hospital | AV1 Gilmore | |
| 17 | X | | A | Images—Excerpts from Ofc. Trippett's body camera of AV1 at hospital | AV1 | |
| 18 | X | | A | Images—Excerpts from Ofcs. Trippett's and Gilmore's body cameras of AV1 at 1336 N Eldorado | AV1 | |
| 19 | X | | A | Photo—One-piece garment | AV1 | |
| 20 | X | | A | Photo—Blue Puma sweatpants | | |
| 21 | X | | N/A | Removed | | |
| 22 | X | | A | Photo—Sketch drawn by AV1 of 1336 N Eldorado | | |
| 23 | X | | A | Maps—Oregon and Klamath Falls area | Gilmore | |
| 24 | X | | A | Aerial photo—1336 N Eldorado | Gilmore | |
| 25 | X | | A | Photos—Eldorado Ave. | Garcia | |
| 26 | X | | A | Video—Excerpt from Sgt. Fox's body camera at 1336 N Eldorado | Fox | |
| 27 | X X | | A | Drone video—1336 N Eldorado and area | Gilmore Zupan | |

| 28 | X | | A | Photos—Front and garage area of 1336 N Eldorado | Gilmore; Garcia; Carol Westfall; Kevin Westfall; Brenden Westfall; McClure | |
| 29 | X | | A | Photos—Rear of 1336 N Eldorado | | |
| 30 | X | | A | Photos—Fenced area at 1336 N Eldorado | | |
| 31 | X | | A | Photos—Outside garage side door entryway | Zupan; Carol Westfall; | |
| 32 | X | | A | Photos—Garage side door from inside garage | Westfall; AV2 | |
| 33 | X | | A | Photo—Garage and cinderblock structure | AV1 | |
| 34 | X | | A | Photo—Cinderblock structure exterior | Zupan; Carol Westfall; Kevin Westfall; | |
| 35 | X | | A | Photos—Cinderblock structure | Barnum | |
| 36 | X X | | A | Photos—Interior of cinderblock structure with chair and water bottles | AV1; Gluesenkamp Zupan | |
| 37 | X | | A | Photo—Inside of cinderblock structure looking out | AV1; Barnum | |
| 38 | X X | | A | Photos—Metal security door and screen | AV1 Zupan | |
| 39 | X | | A | Photo—Cinderblock structure showing door damage and blood | Zupan | |
| 40 | X | | A | Photo—White door showing deadbolt | Zupan | |
| 41 | X | | A | Photo—Deadbolt on white door from outside | Zupan | |
| 42 | X X | | A | Photo—Deadbolt on white door from inside | AV1 Zupan | |
| 43 | X X | | A | Photos—Door jamb area damage | AV1 Zupan | |
| 44 | X X | | A | Photo—Cinderblock structure ceiling | AV1 Zupan | |
| 45 | X | | A | Photo—Cinderblock structure side wall | Zupan | |

| 46 | X | | A | Photos—Cinderblock structure floor and stain | Zupan |  |
| 47 | X | | N/A | Removed | | |
| 48 | X | | A | Photos—Metal security door with placard V | Zupan; Barnum | |
| 49 | X | | A | Photos—Cinderblock structure door jamb with placard W | Zupan; Barnum | |
| 50 | X | | A | Photos—Cinderblock structure door/foam area, placard X | Barnum | |
| 51 | X | | A | Photos—Outside of fence, placard A | Zupan; Barnum | |
| 52 | X | | A | Photos—Inside of fence, placards B and C | Zupan; Barnum | |
| 53 | X | | A | Photo—Garage in front of cinderblock structure | Loudermilk | |
| 54 | X | | A | Photos—Garage workbench | Loudermilk; Barnum | |
| 55 | X | | A | Photos—Cinderblock structure doors with insulation, adhesive, and hanging metal screen | Zupan | |
| 56 | X | | A | Photos—Insulation on exterior door | Zupan | |
| 57 | X | | A | Photo—Cinderblock structure from exterior | Zupan; Dougherty | |
| 58 | X | | A | Photos—Cinderblock structure interior and soundproofing | Zupan | |
| 59 | X | | A | Photo—Cinderblock structure ceiling | Zupan | |
| 60 | X | | A | Photos—Master bedroom and bed | Zupan; Fox; Young; | |
| 61 | X | | A | Photo—Master bedroom closet and pistol case | Fox | |
| 62 | X | | A | Photo—Pistol case closeup | Loudermilk | |
| 63 | X | | A | Photo—Paperwork for Prentice Smith in pistol case | Loudermilk | |
| 64 | X | | A | Photos—Master bedroom closet with drawers | Fox; Loudermilk; Giovanetty | |
| 65 | X | | A | Photo—Firearm barrel and upper receiver | | |

| 66 | X | | A | Photo—ID in master bedroom closet drawer | Loudermilk | |
| 67 | X | | A | Photo—Check from Home Depot to Negasi Zuberi | | |
| 68 | X | | A | Photos—Magazines on floor and bed | Giovanetty | |
| 69 | X | | A | Photos—Home Depot receipts | | |
| 70 | X | | A | Photo—Notebook with Prowler trailer folder | Loudermilk | |
| 71 | X | | A | Photos—Backpack with passport of Negasi Zuberi | Loudermilk | |
| 72 | X | | A | Photo—Name change decree | Loudermilk | |
| 73 | X | | A | Photo—Metal ammunition can | Young; | |
| 74 | X | | A | Photo—Keys in metal ammunition can | Young: | |
| 75 | X | | A | Photo—Plastic ammunition can | Loudermilk | |
| 76 | X | | A | Photos—Notepad in holder and contents; Operation Take Over and sketch | Loudermilk; Young; Stewart | |
| 77 | X | | A | Photo—Luggage with holster | Loudermilk | |
| 78 | X | | A | Photo—Master bedroom and seized items on bed | Fox | |
| 79 | X | | A | Photos—Exterior stairway on right side of house | Zupan; McClure | |
| 80 | X | | A | Photo—Exterior window covered and blocks-right side of house | Zupan; McClure | |
| 81 | X | | A | Photos—Exterior person doors to garage and house | Zupan | |
| 82 | X | | A | Photo—Person door to garage, blood on doorknob | Zupan; Barnum | |
| 83 | X | | A | Photo—Person door to garage, view into garage | Zupan | |
| 84 | X | | A | Photo—Garage-left side of garage | Zupan | |
| 85 | X | | A | Photo—Curtain behind cinderblock structure | Zupan | |

| 86 | X |   | A | Photos—Purse in garage | Dougherty |   |
|----|---|---|---|---|---|---|
| 87 | X |   | A | Photos—Material on top of cinderblock structure | Zupan |   |
| 88 | X |   | A | Photos—Garage fiberglass and insulation photo |   |   |
| 89 | X |   | A | Photo—Blue journal with leather cord on bed | Loudermilk |   |
| 90 | X |   | A | Photos—Belongings of Prentice Smith in garbage bags |   |   |
| 91 | X |   | A | Photos—Prentice Smith's passport, mail |   |   |
| 92 | X |   | A | Videos—Det. Dougherty's body camera from July 15, 2023, at 1336 N Eldorado | Zupan |   |
| 93 | X | X | A | Diagram—Residence at 1336 N Eldorado | Zupan; Stricklen; Parkerson |   |
| 94 | X |   | N/A | Removed |   |   |
| 95 | X |   | A | Diagram—Garage and location of items |   |   |
| 96 | X |   | N/A | Removed |   |   |
| 97 | X |   | N/A | Removed |   |   |
| 98 | X |   | N/A | Removed |   |   |
| 99 | X |   | A | Physical exhibit—Black notepad holder and notepad with Operation Take Over and drawing | Stewart; Gluesenkamp |   |
| 100 | X |   | A | Physical exhibit—Springfield pistol case in upstairs bedroom | Giovanetty |   |
| 101 | X |   | N/A | Removed |   |   |
| 102 | X |   | N/A | Removed |   |   |
| 103 | X |   | A | Physical exhibit—Blink camera | Gluesenkamp |   |
| 104 | X |   | A | Physical exhibit—Ammunition can, plastic | Giovanetty |   |
| 105 | X |   | A | Physical exhibit—Keys from metal ammunition can | Gluesenkamp |   |
| 106 | X |   | A | Physical exhibit—Ammunition can, metal | Gluesenkamp; Giovanetty |   |

| 107 | X | | A | Physical exhibit—Handcuffs in box from upstairs bedroom | Gluesenkamp | |
| 108 | X | | A | Physical exhibit—Police patches from upstairs bedroom closet | Gluesenkamp | |
| 109 | X | | A | Physical exhibit—Three magazines | Giovanetty; Gluesenkamp | |
| 110 | X | | N/A | Removed | | |
| 111 | X | | A | Physical exhibit—Leg irons from garage workbench | AV1; Gluesenkamp | |
| 112 | X | | A | Physical exhibit—Handcuffs from garage workbench | AV1; Gluesenkamp | |
| 113 | X | | A | Physical exhibit—Key ring from garage workbench | Gluesenkamp | |
| 114 | X | | N/A | Removed | | |
| 115 | X | | A | Physical exhibit—Purse in garage | AV1; Gluesenkamp | |
| 116 | X | | A | Physical exhibit—White chair in cinderblock structure | Gluesenkamp | |
| 117 | X | | A | Physical exhibit—Black metal door to cinderblock structure | AV1; Gluesenkamp | |
| 118 | X | | A | Physical exhibit—Fiji water bottle from cinderblock structure | Gluesenkamp | |
| 119 | X | | N/A | Removed | | |
| 120 | X | | N/A | Removed | | |
| 121 | X | | A | Physical exhibit—Doorknob removed from garage door | Gluesenkamp | |
| 122 | X | | A | Physical exhibit—Barrel and upper receiver for 6mm rifle | Gluesenkamp | |
| 123 | X | | N/A | Removed | | |
| 124 | X | | N/A | Removed | | |
| 125 | X | | N/A | Removed | | |
| 126 | X | | A | Photo—Garage workbench | Gluesenkamp | |
| 127 | X | | A | Photo—Deadbolt in box | Gluesenkamp; Giovanetty | |

| 128 | X | | A | Photo—Loaded curved magazine and three boxes of 7.62 ammunition on workbench | Gluesenkamp | |
| 129 | X | | A | Photo—Closeup of magazine and boxes | Gluesenkamp | |
| 130 | X | | A | Photo—Box of Remington 9mm Luger ammunition and magazine on workbench | Gluesenkamp | |
| 131 | X | | A | Photo—Closeup of Remington ammunition box | Gluesenkamp | |
| 132 | X | | A | Photo—New Frontier box | Gluesenkamp | |
| 133 | X | | A | Photo—Blazer 9mm Luger ammunition box | Gluesenkamp | |
| 134 | X | | A | Photo—Ammunition box under garage workbench | Gluesenkamp | |
| 135 | X | | A | Photo—Closeup of Blazer ammunition box and bullets | Gluesenkamp | |
| 136 | X | | A | Photo—Drill bit and parts | Gluesenkamp | |
| 137 | X | | A | Photo—AR-15 lower parts kit | Gluesenkamp | |
| 138 | X | | A | Photo—AR-15 lower drill instructions | Gluesenkamp | |
| 139 | X | | A | Photo—AR-15 lower on garage floor | Gluesenkamp | |
| 140 | X | | A | Photo—AR-15 lower closeup | Gluesenkamp | |
| 141 | X | | A | Photo—USPS box to Negasi Zuberi | Gluesenkamp | |
| 142 | X | | A | Photo—Contents of USPS box-5D Tactical | Gluesenkamp | |
| 143 | X | | A | Photo—Firearm component in 5D Tactical box | Gluesenkamp | |
| 144 | X | | A | Photo—Master bedroom drawer, left side of bed | Loudermilk; Gluesenkamp | |
| 145 | X | | N/A | Removed | | |
| 146 | X | | N/A | Removed | | |
| 147 | X | | A | Photo—Master bedroom drawer, right side of bed | Loudermilk | |
| 148 | X | | A | Photo—Closeup of right side drawer | Loudermilk | |
| 149 | X | | A | Photo—Blue journal with leather cord on bed | Giovanetty; | |

| 150 | X | | A | Photo—Targets list and other writing from blue journal | Giovanetty; | |
| 151 | X | | N/A | Removed | | |
| 152 | X | | A | Photo—Desktop computer and camera | Gluesenkamp | |
| 153 | X | | N/A | Removed | Gluesenkamp | |
| 154 | X | | A | Photo—Camera below television | Gluesenkamp | |
| 155 | X | | A | Photo—48 Laws of Power and The Art of War books | Giovanetty | |
| 156 | X | | A | Photo—Back side of cinderblock structure | Gluesenkamp | |
| 157 | X | | A | Photo—Financial cards in name of Negasi Zuberi and Justin Kouassi | Gluesenkamp | |
| 158 | X | | A | Photo—Inside of cinderblock structure, right side of door | Gluesenkamp | |
| 159 | X | | A | Photo—Inside of cinderblock structure, right side of door, sheetrock removed | Gluesenkamp | |
| 160 | X | | A | Photo—Inside of cinderblock structure, right side of door, insulation removed | Gluesenkamp | |
| 161 | X | | A | Photo-—Inside of cinderblock structure, left side of door, sheetrock removed | Gluesenkamp | |
| 162 | X | | A | Photo—Inside of cinderblock structure, left side of door, insulation removed | Gluesenkamp | |
| 163 | X | | A | Videos—Four videos of SA Gluesenkamp walking through the residence on July 19, 2023 | Zupan; Stricklen; | |
| 164 | X | | A | Images—House interior layout and exterior excerpts from SA Gluesenkamp's videos | | |
| 165 | X | | A | Physical exhibit—Drywall from cinderblock structure | | |
| 166 | X | | A | Physical exhibit—8 rounds of 9mm Blazer ammunition | Giovanetty | |
| 167 | X | | A | Physical exhibit—3 boxes of Wolf 7.62 ammunition | Giovanetty | |

| 168 | X | | A | Physical exhibit—Blue journal with leather cord and Targets list | Giovanetty; Gluesenkamp | |
| 169 | X | | A | Physical exhibit—25 round 6mm magazine | | |
| 170 | X | | A | Physical exhibit—7.62 magazine | Gluesenkamp | |
| 171 | X | | A | Physical exhibit—29 rounds of 7.62 ammunition | Giovanetty | |
| 172 | X | | A | Physical exhibit—Two 6mm magazines | Gluesenkamp | |
| 173 | X | | A | Physical exhibit—30 rounds of Hornady 6mm ammunition | Giovanetty | |
| 174 | X | | A | Physical exhibit—Box of Remington 9mm ammunition | Giovanetty | |
| 175 | X | | A | Physical exhibit—Deadbolt in box addressed to Sakima Zuberi | Giovanetty | |
| 176 | X | | A | Map—Oregon and Nevada | | |
| 177 | X | | A | Map—Reno area | Dylan Staples | |
| 178 | X | | A | Map—Reno Walmart | Dylan Staples | |
| 179 | X | | A | Images—Surveillance video excerpts Walmart in Reno | Dylan Staples | |
| 180 | X | | A | Video—Excerpt from Officer Albert's patrol car camera from Reno | Dylan Staples | |
| 181 | X | | A | Video— Excerpts from Officer Staples' body camera from Reno | Dylan Staples | |
| 182 | X | | A | Video—Excerpts from Officer Broadway's body camera from Reno | Timothy Broadway | |
| 183 | X | | A | Video—Excerpts from TFO Griebel's body camera from Reno | Nicholas Griebel | |
| 184 | X | | A | Images—Excerpts from videos of traffic stop of Negasi Zuberi in Reno | | |
| 185 | X | | A | Images—Excerpts from patrol car showing Negasi Zuberi in Walmart parking lot and with foot out | | |
| 186 | X | | A | Images—Excerpts from patrol car showing Negasi Zuberi being arrested | | |

| 187 | X | | N/A | Removed | | |
|---|---|---|---|---|---|---|
| 188 | X | | N/A | Removed | | |
| 189 | X | | A | Photos of exterior of Honda Pilot in Reno | | |
| 190 | X | | A | Photos of blood and knife inside Honda Pilot | | |
| 191 | X | | A | Image—Closeup of Negasi Zuberi's face from body camera in Reno, NV | AV1 | |
| 192 | X | | N/A | Removed | | |
| 193 | X | | A | Photos—Honda Pilot | Logan; AV2 | |
| 194 | X | | A | Photos—Interior of Pilot, driver and front passenger area | Logan | |
| 195 | X | | A | Photos—Honda Pilot interior middle row area | Logan | |
| 196 | X | | A | Photo—Honda Pilot rear passenger seat | Logan | |
| 197 | X | | N/A | Removed | | |
| 198 | X | | A | Photos—Cell phone case found in Pilot and contents | Logan; | |
| 199 | X | | A | Photos—Garmin GPS device found in Pilot | Lazenby | |
| 200 | X | | A | Photos—Pilot dash area and Loves receipt | | |
| 201 | X | | A | Photos—Safeway receipt from July 14, 2023 found in Pilot | Logan | |
| 202 | X | | A | Photos—Home Depot receipt found in Pilot | | |
| 203 | X | | A | Photos—Pilot ceiling sunglass pocket and vehicle registration papers | Logan | |
| 204 | X | | A | Photos—Pilot ceiling sunglass pocket and handcuff key | Gluesenkamp | |
| 205 | X | | A | Photos—Pilot center console and RV Sales card and LandAirSea shipping receipt from console | | |
| 206 | X | | A | Photos—Pilot console and 9mm bullet from console | Giovanetty | |

| 207 | X | | A | Photos—Pilot door pocket and Dollar Tree receipt from July 15, 2023, for bleach and paper towels | Gluesenkamp; Logan | |
| 208 | X | | A | Photo—Black backpack found in Pilot | Logan | |
| 209 | X | | A | Photos—Tire spikes found in backpack from Pilot | Logan | |
| 210 | X | | A | Photos—Negasi Zuberi's U.S. passport; Social Security card, name change paperwork and New York Driver License in name of Justin Kouassi | Logan | |
| 211 | X | | A | Photos—MacBook laptop from backpack found in Pilot | Logan; Winters | |
| 212 | X | | A | Photos—Contents of brown bag from Pilot with two cell phones, clothes, flashlight, binoculars and zip ties | | |
| 213 | X | | A | Photos—Flashlight, binoculars and zip ties from brown bag from Pilot | | |
| 214 | X | | A | Photos—Rear seat pocket and receipts from Pilot | Logan | |
| 215 | X | | A | Photos—Papers and aluminum foil on floor of Pilot | Logan | |
| 216 | X | | A | Photo—Cody's Repair receipt from July 10, 2023 | | |
| 217 | X | | X | Photo—July 7, 2023, Aurora Ave. Safeway receipt from Pilot | | |
| 218 | X | | A | Photo—Keys from Pilot | Gluesenkamp; Logan | |
| 219 | X | | A | Photos—Dreamgirls at Rick receipt from July 7, 2023 | Logan | |
| 220 | X | | A | Photos—Pilot center console area | Logan | |
| 221 | X | | A | Photos—Clothes in front passenger area of Pilot | | |
| 222 | X | | A | Photo—Wine bottle in front passenger area of Pilot | | |
| 223 | X | | A | Photos—Pilot middle row area and bleach cleaner | Gluesenkamp; Logan | |

| 224 | X | | A | Photos—9mm casing in Pilot | Giovanetty; Logan; AV2 | |
| 225 | X | | A | Photos—Condom wrapper in Pilot | Logan | |
| 226 | X | | N/A | Removed | | |
| 227 | X | | A | Photos—Home Depot receipt from June 30, 2023 from Pilot | | |
| 228 | X | | A | Photos—Aluminum foil from Pilot | Gluesenkamp; Logan | |
| 229 | X | | N/A | Removed | Logan | |
| 230 | X | | A | Photo—Charcoal toothpaste | Logan | |
| 231 | X | | A | Photos—Fiji water bottles | | |
| 232 | X | | A | Photo—Sportsman's Warehouse receipt | | |
| 233 | X | | N/A | Removed | | |
| 234 | X | | N/A | Removed | | |
| 235 | X | | A | Physical exhibit—Negasi Zuberi's cell phone and cover | Lazenby; Gluesenkamp | |
| 236 | X | | A | Physical exhibit—Negasi Zuberi's cell phone case and contents | Gluesenkamp | |
| 237 | X | | A | Physical exhibit—AV1's cell phone | Gluesenkamp | |
| 238 | X | | A | Physical exhibit—Garmin GPS device | Gluesenkamp | |
| 239 | X | | A | Physical exhibit—Handcuff key from overhead sunglasses compartment in Pilot | Gluesenkamp | |
| 240 | X | | A | Physical exhibit—Key chain with handcuff key | Gluesenkamp | |
| 241 | X | | A | Physical exhibit—Spent 9mm casing | | |
| 242 | X | | A | Physical exhibit—9mm bullet | | |
| 243 | X | | A | Physical exhibit—Dollar Tree receipt | Quick; Gluesenkamp | |
| 244 | X | | N/A | Removed | | |
| 245 | X | | A | Physical exhibit— Negasi Zuberi's U.S. passport; Social Security card and New York Driver License in name of Justin Kouassi | Gluesenkamp | |

| 246 | X | | N/A | Removed | | |
| 247 | X | | A | Physical exhibit—Bleach cleaner bottle | Gluesenkamp | |
| 248 | X | | A | Physical exhibit—Aluminum foil | Gluesenkamp | |
| 249 | X | | A | Physical exhibit—Home Depot and shipping receipts | | |
| 250 | X | | N/A | Removed | | |
| 251 | X | | N/A | Removed | | |
| 252 | X | | N/A | Removed | | |
| 253 | X | | N/A | Removed | | |
| 254 | X | | A | Physical exhibit—Aluminum foil (x2) | Gluesenkamp | |
| 255 | X | | N/A | Removed | | |
| 256 | X | | N/A | Removed | | |
| 257 | X | | A | Video—Surveillance video from Portland, OR Safeway on July 14, 2023 | Gluesenkamp | |
| 258 | X | | A | Images—Excerpts from surveillance video from Portland, OR Safeway on July 14, 2023 | | |
| 259 | X | | A | Video—Surveillance video from Woodland, WA, Safeway on July 14, 2023 | Gluesenkamp | |
| 260 | X | | A | Images—Excerpts from surveillance video from Woodland, WA, Safeway on July 14, 2023 | | |
| 261 | X | | A | Video—Surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Zupan | |
| 262 | X | | A | Images—Excerpts from surveillance video from Klamath Falls Love's gas station on July 15, 2023 | Young; Gluesenkamp | |
| 263 | X | | A | Videos—Negasi Zuberi and Honda Pilot in Tulelake, CA | Dougherty | |
| 264 | X | | N/A | Removed | | |
| 265 | X | | N/A | Removed | | |

| 266 | X | | A | Location data—LandAirSea data for Negasi Zuberi | Phillips; Gluesenkamp | |
| 267 | X | | A | Location data—Garmin data for the Honda Pilot and Negasi Zuberi from July 15, 2023 at 3:40:02 | | |
| 268 | X | | A | Location data—Cell phone handset data from Alycia Westfall's cell phone | | |
| 269 | X | | A | Phone records—T-Mobile toll records for Negasi Zuberi | | |
| 270 | X | | A | Digital file—CAST report from SA Kennedy regarding location data | Kennedy | |
| 271 | X | | N/A | Removed | | |
| 272 | X | | A | Photo—Hampton Landing area, Oregon | | |
| 273 | X | | A | Photo—Shell Station, Halsey, Oregon | | |
| 274 | X | | A | Map—Merrill Gas Station & Convenience Store | Snyder; O'Brien | |
| 275 | X | | A | Images—Surveillance video excerpts Merrill Gas Station & Convenience Store | Snyder | |
| 276 | X | | A | Surveillance Video— Merrill Gas Station & Convenience Store (July 16, 2023) | Snyder; O'Brien | |
| 277 | X | | A | Photo—Nissan Altima | Garcia; Giovanetty | |
| 278 | X | | A | Photos—Home Depot receipt in Altima driver door pocket | | |
| 279 | X | | A | Photos—AAA Discount storage paperwork and receipt | Maxwell; Gluesenkamp; Giovanetty | |
| 280 | X | | A | Photos—Home Depot receipt in Altima passenger door pocket | Giovanetty | |
| 281 | X | | A | Photo—Home Depot receipt | Giovanetty | |
| 282 | X | | A | Photo—Concrete anchors | Giovanetty | |
| 283 | X | | A | Photo—Honda paperwork and receipts | Giovanetty | |
| 284 | X | | A | Physical exhibit—AAA Discount Storage paperwork and receipt | Gluesenkamp | |

| 285 | X | | A | Physical exhibits—Home Depot receipts and return paperwork | Gluesenkamp | |
| 286 | X | | A | Physical exhibit—Concrete anchors | Gluesenkamp | |
| 287 | X | | A | Aerial photos—AAA Discount Storage and Home Depot area | | |
| 288 | X | | A | Photos—Exterior of AAA Discount Storage | Maxwell | |
| 289 | X | | A | Photos—Inside AAA Discount Storage around area of Prowler trailer | Maxwell | |
| 290 | X | | A | Photos—Exterior of trailer | | |
| 291 | X | | A | Photos—Trailer with door open | | |
| 292 | X | | A | Photo—Taser, magazine and laptop inside trailer | | |
| 293 | X | | A | Video—Interior of trailer | | |
| 294 | X | | A | Photo—Pile of items by door | Gluesenkamp | |
| 295 | X | | A | Photo—Back to front of trailer | Gluesenkamp | |
| 296 | X | | A | Photo—Back of trailer | Gluesenkamp | |
| 297 | X | | A | Photo—Front of trailer | Gluesenkamp | |
| 298 | X | | A | Photo—Back and door area of trailer | Gluesenkamp | |
| 299 | X | | A | Photo—Side of trailer bathroom | Gluesenkamp | |
| 300 | X | | A | Photo—Trailer bathroom mirror | Gluesenkamp | |
| 301 | X | | A | Photo—Negasi Zuberi and Alycia Westfall | Gluesenkamp | |
| 302 | X | | A | Photos—Name change paperwork | Gluesenkamp | |
| 303 | X | | A | Photo—Plastic bag in trailer with used condoms | Stewart; Gluesenkamp | |
| 304 | X | | A | Photo—Bedding and cell phone jammer spike in trailer | Gluesenkamp | |
| 305 | X | | A | Photo—Shotgun inside blanket in trailer | Gluesenkamp | |
| 306 | X | | A | Photo—Shotgun in trailer | Gluesenkamp | |
| 307 | X | | A | Photo—Shotgun and shotgun shell in trailer | Gluesenkamp | |

| 308 | X | | A | Photo—Cell phone jammers on floor of trailer | Gluesenkamp | |
| 309 | X | | A | Photo—Rifle in case on trailer bed | Gluesenkamp | |
| 310 | X | | A | Photo—Trailer shelf | Gluesenkamp | |
| 311 | X | | A | Photo—Aluminum foil and tape in trailer | Gluesenkamp | |
| 312 | X | | A | Photos—Taser outside | Gluesenkamp | |
| 313 | X | | A | Photo—Silver and black handcuffs outside | Gluesenkamp | |
| 314 | X | | A | Photo—Backpack, cell phone jammers and handcuffs outside | Gluesenkamp | |
| 315 | X | | A | Photo—Backpack inside with cell phone jammers, gloves, handcuffs and beanie | Gluesenkamp | |
| 316 | X | | A | Photos—Cell phone jammers | Gluesenkamp; Quick | |
| 317 | X | | A | Photos—Plug in electronic device | Gluesenkamp; Quick | |
| 318 | X | | A | Photos—Pistol holsters | Gluesenkamp | |
| 319 | X | | A | Photos—AM-15 rifle | Gluesenkamp | |
| 320 | X | | A | Photos—Remington rifle | Gluesenkamp | |
| 321 | X | | A | Photos—Stoeger shotgun | Gluesenkamp | |
| 322 | X | | A | Photos—Pistol magazines and ammunition | Gluesenkamp | |
| 323 | X | | A | Photos—Rifle magazine and ammunition | Gluesenkamp | |
| 324 | X | | A | Photo—Two shotgun shells | Gluesenkamp | |
| 325 | X | | A | Photo—Charcoal toothpaste | Gluesenkamp | |
| 326 | X | | A | Photo—Remington rifle box flap and receipts | Gluesenkamp | |
| 327 | X | | X | Photo—Shipping label to Prentice Smith | Gluesenkamp | |
| 328 | X | | A | Physical exhibit—AR-15 style rifle | Giovanetty | |
| 329 | X | | A | Physical exhibit—Remington .308 rifle | Giovanetty | |
| 330 | X | | A | Physical exhibit—Stoeger 12 GA shotgun | Giovanetty | |
| 331 | X | | A | Physical exhibit—Magazines | Gluesenkamp | |
| 332 | | | N/A | Removed | | |

| 333 | | | N/A | Removed | | |
|---|---|---|---|---|---|---|
| 334 | X | | A | Physical exhibit—Taser and cartridges | AV1; Gluesenkamp; Chiles | |
| 335 | X | | A | Physical exhibit—Black pair of handcuffs | AV1; AV2; Gluesenkamp | |
| 336 | X | | A | Physical exhibit—Silver pair of handcuffs | AV1; Gluesenkamp; AV2; Gluesenkamp | |
| 337 | X | | A | Physical exhibit—12 GA ammunition | Giovanetty | |
| 338 | X | | A | Physical exhibit—9mm ammunition | Giovanetty | |
| 339 | X | | A | Physical exhibit—5.56 ammunition | Giovanetty | |
| 340 | X | | A | Physical exhibit—Cell phone jammer-16 antenna | AV1; Gluesenkamp; Quick | |
| 341 | X | | A | Physical exhibit—Cell phone jammer-8 antenna | AV1; Gluesenkamp; Quick | |
| 342 | | | N/A | Removed | | |
| 343 | X | | A | Physical exhibit—Plug in electronic device | Gluesenkamp | |
| 344 | | | N/A | Removed | | |
| 345 | | | N/A | Removed | | |
| 346 | | | N/A | Removed | | |
| 347 | X | | A | Financial records—Key Bank | Giovanetty | |
| 348 | X | | A | Financial records—Bank records from May 6, 2023, withdrawal of $300 | Malone; Giovanetty | |
| 349 | X | | A | Online purchases—Amazon records | Loren | |
| 350 | X | | A | Online purchases—Excerpt of Amazon records | Loren; Giovanetty | |
| 351 | X | | A | Surveillance Video—Home Depot and still shots from the video (May 17, 2023 to July 2, 2023) | Gluesenkamp | |
| 352 | X | | A | Documents—Receipts received from Home Depot | Gluesenkamp | |
| 353 | X | | A | Photos—FBI Documenting cinderblock structure | Gluesenkamp | |

| 354 | X | | A | Photos—Cinderblock structure measuring and construction, from iCloud account | AV2; Giovanetty | |
| 355 | X | | A | Photos—Cinderblock structure deconstruction | Kevin Westfall; Gluesenkamp; Brenden Westfall; | |
| 356 | X | | A | Documents—Notes from garage clean up | Kevin Westfall; | |
| 357 | X | | A | Documents—Klamath Falls landfill receipts | Kevin Westfall; | |
| 358 | X | | A | Video—Blink camera video of Alycia Westfall leaving, May 5, 2023 | Gluesenkamp | |
| 359 | X | | A | Image—Screenshot from video of Alycia Westfall leaving | | |
| 360 | X | | A | Video—Blink camera video of Negasi Zuberi in kitchen, May 5, 2023 at 7:55 p.m. | | |
| 361 | X | | A | Image—Screenshot from video of Negasi Zuberi in kitchen | | |
| 362 | X | | A | Videos—Blink camera videos of Negasi Zuberi in kitchen, May 5, 2023 at 11:01 and 11:04 p.m. | | |
| 363 | X | | A | Image—Screenshot from video of Negasi Zuberi leaving kitchen | Gluesenkamp | |
| 364 | | | N/A | Removed | | |
| 365 | X | | A | Videos—Blink camera videos of Negasi Zuberi in kitchen then walking towards garage with blanket, May 6, 2023 at 2:28 and 2:29 a.m. | Gluesenkamp | |
| 366 | X | | A | Images—Screenshots from video of Negasi Zuberi in kitchen and walking towards garage | | |
| 367 | X | | A | Videos—Blink camera videos of Zuberi holding a pistol, May 7, 2023 | Gluesenkamp | |
| 368 | X | | A | Images—Screenshots from May 7, 2023 kitchen videos | | |
| 369 | X | | A | Videos—Blink camera videos of Alycia Westfall and Negasi Zuberi talking in kitchen, May 7, 2023 | | |

| 370 | X | | A | Video—Blink camera video of Negasi Zuberi holding a firearm part | Gluesenkamp | |
| 371 | X | | A | Image—Screenshot from video of Negasi Zuberi holding a firearm part | | |
| 372 | X | | A | Image—Screenshot from video of Negasi Zuberi holding a firearm upstairs | Gluesenkamp | |
| 373 | | | N/A | Removed | | |
| 374 | X | | A | Messages-Negasi Zuberi and Alycia Westfall on July 15, 2023 regarding meeting | | |
| 375 | X | | A | Messages-Negasi Zuberi and Alycia Westfall on July 16, 2023 regarding Merrill address | | |
| 376 | X | | N/A | Removed | | |
| 377 | X | | A | Messages—Negasi Zuberi asking about acquiring taser, September 1, 2022 | Giovanetty | |
| 378 | | | N/A | Removed | | |
| 379 | X | | A | Messages—Negasi Zuberi asking Tyler Archibald about constructing an underground concrete block structure | AV1; Giovanetty; Gluesenkamp | |
| 380 | X | | A | Messages—Negasi Zuberi asking Tyler Archibald about what material is used for jail floors | Giovanetty | |
| 381 | X | | A | Message—Negasi Zuberi sending Tyler Archibald an image of a cell phone jammers, December 28, 2022 | Giovanetty | |
| 382 | X | | A | Messages—Negasi Zuberi asking Tyler Archibald about building a block structure that a person can't break with their hands | Giovanetty | |
| 383 | X | | A | Message—Negasi Zuberi telling Tyler Archibald that he has a pistol and including a picture | Giovanetty | |
| 384 | X | | A | Message—Negasi Zuberi discussing trading firearms with a family member, and sending a picture of firearms | Giovanetty | |

| 385 | X | | A | Video—Negasi Zuberi holding a pistol, from iCloud, November 28, 2022 | Giovanetty | |
| 386 | X | | A | Video—Negasi Zuberi with pistol, from iCloud | Giovanetty | |
| 387 | X | | A | Video—Negasi Zuberi with pistol, from iCloud | Giovanetty | |
| 388 | X | | A | Video—Negasi Zuberi saying and showing that he has an RV, Nov. 6, 2022 | Giovanetty | |
| 389 | | | N/A | Removed | | |
| 390 | X | | A | Video—Negasi Zuberi saying that he has the Honda back, from iCloud, June 27, 2023, | Giovanetty | |
| 391 | X | | A | Images—Screenshot of Dayton Tactical order for 80% AR-15 lower receiver from iCloud, October 22, 2022 | Giovanetty | |
| 392 | X | | A | Photos—Prowler trailer from iCloud account, November 15, 2022 | Gluesenkamp; Giovanetty | |
| 393 | X | | A | Photo—Remington .308 rifle box label from iCloud account, November 17, 2022 | Giovanetty | |
| 394 | X | | A | Image—Screenshot from iCloud account of 32 round magazine for XD(M) 9mm from PistolGear, December 7, 2022 | Giovanetty | |
| 395 | X | | A. | Photo—Springfield pistol on The Art of War book, from iCloud account, December 21, 2022 | Giovanetty | |
| 396 | | | N/A | Removed | | |
| 397 | X | | A | Photo—AAA Discount Storage paperwork from iCloud account, January 24, 2023 | Giovanetty | |
| 398 | X | | A | Image—Screenshot of cell phone jammer, from iCloud | Giovanetty | |
| 399 | X | | A | Image—Screenshot of XDM pistol conversion kit, from Negasi Zuberi's iPhone, March 29, 2023 | Giovanetty | |
| 400 | X | | A | Photo—Firearms on bed, sent via message by Negasi Zuberi, March 29, 2023 | | |

| 401 | X | | A | Image—Screenshot of Google Maps use on iPhone, from iCloud account, May 6, 2023 at 1:20 a.m. | AV2; Phillips; Giovanetty | |
|-----|---|---|-----|---|---|---|
| 402 | X | | A | Digital files—Creation of contact in Negasi Zuberi's phone for Girl from Pikey | Giovanetty | |
| 403 | X | | A | Image—Screenshot of payment to AAA Discount Storage by Negasi Zuberi, June 19, 2023 | Giovanetty | |
| 404 | X | | A | Digital file—Browser history from MacBook | Giovanetty | |
| 405 | X | | A | Photo—Negasi Zuberi crying in Pilot in Reno, July 16, 2023, child's face redacted | | |
| 406 | | | N/A | Removed | | |
| 407 | X | | A | Photo—Tulelake, from iCloud, July 15, 2023 | Giovanetty | |
| 408 | X | | A | Photos—Taken from Honda Pilot in Reno on July 16, 2023 | Giovanetty | |
| 409 | X | | A | Photos—The Pikey exterior | Lara | |
| 410 | X | | A | Photos—The Pikey interior | Lara; AV2;; Crawford | |
| 411 | X | | A | Photo—AV2 and friends at The Pikey on May 5, 2023 | Lara ; AV2;  McAfee; Delgado; Giovanetty | |
| 412 | X | | A | Photos—AV2 and friend at The Pikey on May 5, 2023 | Lara; Crawford | |
| 413 | X | | A | Videos—AV2 and friend at The Pikey on May 5, 2023 | McAfee | |
| 414 | X | | A | Image—Screenshot of Negasi Zuberi's Instagram taken by AV2 | AV2 | |
| 415 | X | | A | Video—Negasi Zuberi at The Pikey talking to male at pool table on May 6, 2023 | | |
| 416 | X | | A | Video—Negasi Zuberi leaving The Pikey with male and female on May 6, 2023, at 12:53 a.m. | | |

| 417 | X |  | A | Video—Negasi Zuberi walking up outside of The Pikey and leaving at the same time as AV2; May 6, 2023 | AV2 |  |
| 418 | X |  | A | Images—Screenshots from surveillance video of Negasi Zuberi in and outside of The Pikey | Lara; AV2; McAfee; Delgado; Keeton; McClure; Gluesenkamp |  |
| 419 |  |  | A | Removed |  |  |
| 420 | X |  | A | Photo—Sketch of rural area by AV2 | AV2 |  |
| 421 | X |  | A | Photo—Sketch of garage by AV2 | AV2 |  |
| 422 | X |  | A | Photos—Chase Bank in Klamath Falls | AV2 |  |
| 423 | X |  | A | Photos—AV2's former street and residence |  |  |
| 424 |  |  | N/A | Removed |  |  |
| 425 | X |  | A | Photo—Clothes AV2 was wearing on May 5-6, 2023 |  |  |
| 426 | X |  | A | Photos—Injury to AV2's face | AV2; Christina Ruelas; Williams; Giovanetty |  |
| 427 | X |  | A | Video—Injury to AV2's face | AV2; Giovanetty |  |
| 428 | X |  | A | Image—Excerpt from video of Injury to AV2's face |  |  |
| 429 | X |  | Held | Video—Excerpt from AV2 in interview room with KFPD and FBI on July 17, 2023 | AV2 |  |
| 430 |  |  | N/A | Removed |  |  |
| 431 |  |  | N/A | Removed |  |  |
| 432 |  |  | N/A | Removed |  |  |
| 433 |  |  | N/A | Removed |  |  |
| 434 | X |  | A | Photos—HS Produkt Springfield XDM 9x19mm pistol | Giovanetty; AV2 |  |
| 435 |  |  | N/A | Removed |  |  |
| 436 | X |  | A | Photos—Anderson Manufacturing, Model AM-15, multi-caliber rifle |  |  |

| 437 | | | N/A | Removed | | |
|-----|---|---|-----|---------|---|---|
| 438 | X | | A | Photos—Firearm & Ammunition from Pilot (Count 4) | Giovanetty | |
| 439 | X | | A | Photos—Firearms & Ammunition from trailer (Count 5) | Giovanetty | |
| 440 | X | | A | Photos—Ammunition from bedroom (Count 6) | Giovanetty | |
| 441 | X | | A | Photos—Ammunition from garage (Count 7) | Giovanetty | |
| 442 | X | | A | Documents—Ammunition Storage components | Giovanetty | |
| 443 | | | N/A | Removed | | |
| 444 | X | | A | Documents—Limitless receipt | Giovanetty | |
| 445 | X | | A | Documents—Sportsman's Warehouse Klamath Falls | Giovanetty | |
| 446 | | | N/A | Removed | | |
| 447 | | | N/A | Removed | | |
| 448 | | | N/A | Removed | | |
| 449 | | | N/A | Removed | | |
| 450 | X | | A | Video—Demonstration of TASER Pulse | Chiles | |
| 451 | X | | A | Document—Item 107-1 from Item 107-Blue notebook from Rachel Clay's file | | |
| 452 | X | | A | Documents—Item 109-Notepad from 1336 North Eldorado Avenue from Rachel Clay's file | Clay | |
| 453 | X | | A | Documents—Item 114-Court documents as known writing sample from Rachel Clay's file | | |
| 454 | X | | A | Documents—Item 115-Questioned Documents Secondary Evidence (5 electrostatic lifts) from Rachel Clay's file | | |
| 455 | X | | A | Video—Demonstration of Cell Phone Jammers by Shelby Quick (eight antennas) | Quick | |

| 456 | X | | A | Video—Demonstration of Cell Phone Jammers by Shelby Quick (sixteen antennas) | |  |
|---|---|---|---|---|---|---|
| 457 | X | | A | Documents—Negasi Zuberi's prints from Stephanie Stewart's file | Stewart | |
| 458 | X | | A | Images—Prints from plastic bag from trailer at 2625 Unity Street (Item 8) from Stephanie Stewart's file | | |
| 459 | X | | A | Images—Prints from notepad holder with notepad from1336 North Eldorado Avenue and one page (Items 109 & 109-1) from Stephanie Stewart's file | Stewart | |
| 460 | | | N/A | Removed | | |
| 461 | X | | A | Audio recording—Negasi Zuberi and Alycia Westfall on July 23, 2023 | Gluesenkamp | |
| 462 | X | | A | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | Giovanetty | |
| 463 | X | | A | Audio recording—Negasi Zuberi and Alycia Westfall on July 28, 2023 | | |
| 464 | | | N/A | Removed | | |
| 465 | X | | A | Audio recording—Negasi Zuberi and Alycia Westfall on August 1, 2023 at 9:36 p.m. | Giovanetty | |
| 466 | X | | A | Audio recording—Negasi Zuberi and Alycia Westfall on June 24, 2024 at 11:17 a.m. | Giovanetty | |
| 467 | | | N/A | Removed | | |
| 468 | X | | A | Emails—Negasi Zuberi and Alycia Westfall, July 21, 2023 | Giovanetty | |
| 469 | | | N/A | Removed | | |
| 470 | X | | A | Emails—Negasi Zuberi and Alycia Westfall, July 27, 2023 | Giovanetty | |
| 471 | X | | A | Emails—Negasi Zuberi and Alycia Westfall, July 28, 2023 | Giovanetty | |
| 472 | X | | A | Photo – AV1 | AV2 | |

| 473 | X | | A | Documents—AAA Discount Storage Ledger and Rental Agreement | Maxwell | |
| 474 | X | | A | Document—Rental Agreement for 1336 N Eldorado | Carol Westfall; | |
| 475 | X | | A | Videos—AV2 on May 6, 2023 | AV2; Chiles; Giovanetty | |
| 476 | X | | A | Images—Excerpts from AV2's May 6, 2023 videos | | |
| 477 | X | | A | Messages—Negasi Zuberi and Brenden Westfall regarding rent | Giovanetty; Gluesenkamp | |
| 478 | X | | A | Messages—Negasi Zuberi and Bradley Sticklin regarding wi-fi password | | |
| 479 | X | | A | Photos—Aurora Ave. at night | Gluesenkamp | |
| 480 | | | N/A | Removed | | |
| 481 | X | | A | Photo—Maverick Motel in Klamath Falls | | |
| 482 | X | | A | Image—Screenshot of Honda Pilot in Tulelake | | |
| 483 | X | | A | Photos—Tulelake, California | Dougherty | |
| 484 | X | | A | Map—Klamath Falls, Merrill, and Tulelake | Dougherty; Snyder; Gluesenkamp | |
| 485 | X | | A | Photos—SANE exam of AV1 | Walton | |
| 486 | X | | A | Photos—Handcuffs and leg iron | | |
| 487 | X | | A | Photos—White streak marks in interior of Honda Pilot | Gluesenkamp; Logan | |
| 488 | X | | A | Image—Screenshot of Alycia Westfall on July 15, 2023 | Garcia | |
| 489 | | | N/A | Removed | | |
| 490 | X | | A | Photo—LandAirSea trackers | Phillips; | |
| 491 | X | | A | Physical exhibit—LandAirSea trackers | Gluesenkamp | |
| 492 | X | | A | Photos—Taser and cartridges | Chiles | |
| 493 | X | | A | Photos—FBI lab—Blue Puma sweatpants, used condom, handcuffs, one-piece garment and guns | Adams | |

| 494 | X | | A | Document—Declaration of Jeff Byram | |
|-----|---|---|---|---|---|
| 495 | X | | A | Photos—1336 N Eldorado prior to being rented by Negasi Zuberi | Carol Westfall; Kevin Westfall; |
| 496 | X | | A | Photos—Neighbor's house next to 1336 N Eldorado | Garcia |
| 497 | | | N/A | Removed | |
| 498 | X | | A | Document—Rachel Clay's handwriting presentation | Clay |
| 499 | X | | A | Audio recording—Negasi Zuberi on June 22, 2024 | |
| 500 | | | N/A | Removed | |
| 501 | X | | A | Document—Diagram of location of items in Honda pilot | Logan |
| 502 | X | | A | Document—Diagram by Kori Barnum of 1336 Eldorado garage | Barnum |
| 503 | X | | A | Document—Compilation of photos of AV1 | |
| 504 | X | | A | Document—Compilation of photos of AV2 | Williams |
| 505 | X | | A | Document—Compilation of photos of cinderblock structure | Zupan |
| 506 | X | | A | Document—Compilation of photos of writings | Clay |
| 507 | X | | A | Document—Chart of DNA analysis—Items from 1336 Eldorado | Adams |
| 508 | X | | A | Document—Chart of DNA analysis—Items from garage | Adams |
| 509 | X | | A | Document—Chart of DNA analysis—Items from trailer | Adams |
| 510 | X | | A | Document—Timeline of 2023 activity | Gluesenkamp |
| 511 | X | | A | Document—Timeline of July 15/16, 2023 activity | Gluesenkamp |
| 512 | X | | A | Document—Map of May 6, 2023 travel | Kennedy; Gluesenkamp |

| 513 | X | | A | Document—Map of Klamath Falls locations | DuVal; Gluesenkamp Zupan | |
| 514 | X | | A | Document—Map of July 12-14, 2023 travel | Gluesenkamp; Kennedy | |
| 515 | X | | A | Document—Map of July 14/15, 2023 travel | Kennedy | |
| 516 | X | | A | Document—PowerPoint of Garmin and Alycia Westfall cell phone location data | Gluesenkamp | |
| 517 | | | N/A | Removed | | |
| 518 | X | | A | Document—Compilation of photos of seized items | Gluesenkamp | |
| 519 | X | | A | Photo—Purse on fence at 1336 N Eldorado | Garcia | |
| 520 | X | | A | Images—Mapping of Klamath Falls routes using Google Maps | Giovanetty | |
| 521 | X | | A | Photos—Taken from area of location 4 on Ex. 512 | Gluesenkamp | |
| 522 | X | | A | Photos and Image—Area of location 2 on Ex. 512 | Giovanetty | |
| 523 | X | | A | Photos—Taken from area of location 3 on Ex. 512 | AV2; Gluesenkamp | |
| 524 | X | | A | Photos—Taken from area of location 6 on Ex. 512 | AV2; Giovanetty; Gluesenkamp | |
| 526 | X | | A | Photos – Metal door frame of cinderblock structure | Gluesenkamp | |
| 527 | X | | A | Photos – Defiant keys | Gluesenkamp | |
| 528 | X | | A | Photos—Injury to AV2's face (darker light) | Christina Ruelas; Williams; | |
| 529 | X | | A | Photos – Photos of AV2s injuries | Giovanetty; Gluesenkamp | |
| 1001 | | X | A | Video SEALED | Gluesenkamp | |
| **Defendant's Exhibits** | | | | | | |
| **A** - Admitted; **A/R** - Admitted as Ordered Redacted; **N/A** - Not Admitted; **W/D** - Withdrawn | | | | | | |
| **Witnesses – 10/9/2024** | | | | | | |
| | X | | | AV1 – Direct – Cross - Direct | | |

| | X | | | Melissa Geary – Direct | | |
|---|---|---|---|---|---|---|
| | X | | | Shasta DuVal – Direct – Cross | | |
| | X | | | Amie Walton – Direct – Cross | | |
| | X | | | Austin Gilmore – Direct – Cross - Redirect | | |
| | X | | | Chris Zupan – Direct – Cross | | |
| | | | | **Witnesses – 10/10/2024** | | |
| | X | | | Carlos Garcia – Direct - | | |
| | X | | | Trahem Fox – Direct - Cross | | |
| | X | | | Joel Loudermilk – Direct – Cross | | |
| | X | | | Carol Westfall – Direct | | |
| | X | | | Kevin Westfall – Direct – Cross - Redirect | | |
| | X | | | Bradley Stricklen -Direct – Cross – Redirect | | |
| | X | | | Tyler Young – Direct – Cross – Redirect | | |
| | X | | | Brandon Dougherty – Direct - | | |
| | X | | | Jesse Snyder – Direct – Cross | | |
| | X | | | Christopher Parkerson – Direct – Cross | | |
| | X | | | Stephanie Stewart – Direct – Cross | | |
| | X | | | Loren Summers – Direct | | |
| | | | | **Witnesses – 10/11/2024** | | |
| | X | | | Kylie Winkle O'Brien – Direct | | |
| | X | | | Kathy Maxwell – Direct – Cross – ReDirect | | |
| | X | | | Prentice Smith – Direct – Cross | | |
| | X | | | Travis Gluesenkamp – Direct – Cross – ReDirect | | |
| | X | | | Christopher Giovanetty – Direct - | | |
| | | | | | | |
| | | | | **Witnesses – 10/15/2024** | | |
| | X | | | Dylan Staples – Direct - Cross - | | |
| | X | | | Timothy Broadway – Direct -Cross | | |
| | X | | | Nicholas Griebel -Direct | | |
| | X | | | Daniel Logan – Direct | | |
| | X | | | Greg Lara – Direct | | |

| | X | | | Shelby Quick – Direct - | | |
|---|---|---|---|---|---|---|
| | X | | | Christopher Giovanetty – Direct | | |
| | X | | | Kori Barnum – Direct - | | |
| | X | | | Lance Adams – Direct – Cross | | |
| | X | | | Christina Winters – Direct | | |
| | X | | | Justin Lasenby – Direct | | |
| | X | | | Sean Kennedy – Direct – Cross – ReDirect | | |
| | | | | **Witnesses – 10/16/2024** | | |
| | X | | | AV2 – Direct – Cross – ReDirect | | |
| | X | | | Brianna Crawford – Direct | | |
| | X | | | Rachel Clay – Direct | | |
| | X | | | Christina Ruelas | | |
| | X | | | Dr. Jay Williams | | |
| | X | | | Nayeli Ruelas | | |
| | X | | | Geovanni Ruelas | | |
| | X | | | Jennifer McAfee | | |
| | X | | | Diego Delgado | | |
| | X | | | Bryan Chiles | | |
| | | | | **Witnesses – October 17, 2024** | | |
| | X | | | Emily Keeton – by videoconference – Direct | | |
| | X | | | Jason Malone – Direct | | |
| | X | | | Brenden Westfall – Direct – Cross | | |
| | X | | | Robert Phillips – Direct | | |
| | X | | | Christopher Giovanetty – Direct – Cross – Redirect | | |
| | X | | | Melanie McClure – Direct – Cross | | |
| | X | | | Travis Gluesenkamp – Direct- Cross – ReDirect | | |
| | | | | **October 18, 2024** | | |
| | | | | Jury Instructions Read to Jury | | |
| | | | 9:45 | Government Closing Statement | | |
| | | | 11:11 | Defense Closing Statement | | |

| | | | 11:52 | Rebuttal Closing Statement | | |
|---|---|---|---|---|---|---|
| | | | 12:15 | Jury to Deliberation | | |
| | | | 4:45 | Jury Returns with Verdict | | |