IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

        Case No. 1:23-cr-00254-MC

NEGASI ZUBERI,

        Defendant.

**ORDER TO RETAIN CUSTODY OF EXHIBITS**

IT IS ORDERED that at the conclusion of the trial, the government retain custody of its exhibits, and of the defense exhibit, until such time as all need for the exhibits has terminated.

DATED this 24 day of October, 2024.

_____
Honorable Michael J. McShane

DATED: 10-24-2024

_____
Attorney for Government

DATED: 10/24/24

Michael P. Bertholf
Attorney for Defendant

Page 1 - ORDER