# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:23-cr-00254-MC |
| v. | |
| **NEGASI ISHAIAH ZUBERI aka JUSTIN JOSHUA HYCHE,** | **ORDER TO DISMISS** |
| **Defendant.** | |

Upon the motion of the government,

IT IS HEREBY ORDERED that the count eight of the superseding indictment in the above-entitled case be dismissed without prejudice.

SO ORDERED this __18th__ day of November, 2024

　　　　　　　　　　　　　　　　　　　　　__s/Michael J. McShane__
　　　　　　　　　　　　　　　　　　　　　MICHAEL J. McSHANE
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET
Assistant United States Attorney

**Order to Dismiss**