# Government's Exhibit 1

# Filed Under Seal