# Government's Exhibit 2

# Filed Under Seal