

GOVERNMENT
EXHIBIT

3-1

1:23-cr-00254-MC



GOVERNMENT
EXHIBIT
**3-2**
1:23-cr-00254-MC



GOVERNMENT
EXHIBIT

3-3

1:23-cr-00254-MC