# Government's Exhibit 5

# Filed Under Seal