

GOVERNMENT
EXHIBIT
6-1
1:23-cr-00254-MC









