FILED 25 JAN 17 15:43USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:23-cr-00254-MC |
| v. | PRELIMINARY ORDER OF FORFEITURE AND |
| NEGASI ISHAIAH ZUBERI aka JUSTIN JOSHUA HYCHE, | FINAL ORDER OF FORFEITURE AS TO NEGASI ISHAIAH ZUBERI aka JUSTIN JOSHUA HYCHE |
| Defendant. | |

On February 15, 2024, a Superseding Indictment was filed as to defendant Negasi Ishaiah Zuberi aka Justin Joshua Hyche containing forfeiture allegations. On October 18, 2024, a Third Bill of Particulars was filed giving defendant notice of items pursued for forfeiture. Pursuant to 18 U.S.C. § 924(d), § 2428, and 28 U.S.C. § 2461(c) upon conviction of Counts 2, 4, 5, 6, or 7 of the Superseding Indictment, defendant was on notice that he shall forfeit to the United States the following property (Item 44 is corrected below to "5D tactical", replacing "50 tactical" as listed in the Third Bill of Particulars):

1. Three AR-15 magazines (5.56) containing ammunition
2. One antenna device
3. One antenna device
4. 5.56 and 12 GA ammunition in plastic green ammunition box.
5. Nineteen rounds of assorted 9mm pistol ammunition
6. Double lock nickel plated steel handcuffs in box
7. Green metal ammunition can with Handcuff keys, lapel pin, 5.56 ammunition
8. Springfield XD 9mm Pistol Case
9. Steel ballistic plate vest carrier with three AR-15 Magazines (5.56)
10. Springfield Armory steel 9mm magazine
11. Barrel and upper receiver for 6mm AR Style Rifle
12. Springfield XD M-9 9mm pistol
13. Shell casing "Hornaday 9mm Luger"

**Preliminary Order of Forfeiture**                                       Page 1

14. Apple laptop, S/N: RN7YY6022V
15. Bullet "RP 9mm Luger"
16. Handcuff Key
17. One AlumaTrans Metal Gun Case
18. AR-15 Magazine
19. Three 9mm handgun magazines
20. Various handgun holsters
21. 1 set silver, 1 set black hand cuffs
22. Black mesh bag, cell phone jammer, unknown antenna device, black gloves, black hat, and handcuffs
23. Two taser cartridges
24. Taser "Pulse," yellow and black in color
25. Twenty-seven rounds 5.56 Rifle ammunition (removed from magazine)
26. Two rounds 12 GA 2 3/4 in 00 Buckshot rounds (located in Stoeger)
27. Sixty-three rounds of 9mm Ammo
28. Remington Model 783 .308 Cal
29. Anderson Manufacturing AR-15
30. Stoeger Condor 12 GA Shotgun
31. Grey iPhone with cracks on back of phone
32. AR-15 lower jig instructions with handwritten notes
33. Lower receiver with attempted milled at trigger hole
34. Eight rounds of 9mm Blazer ammunition
35. Three boxes of 7.62 Wolf ammunition
36. Three MFT 5.56x45 magazines
37. Twenty-five round 6mm magazine
38. 7.62x39 magazine
39. Twenty-nine rounds 7.62x39 ammunition
40. Two 6mm round magazines
41. Thirty rounds Hornaday 6mm ammunition
42. AR-15 Rifle lower parts kit
43. Box of Remington 9mm ammunition
44. 5D tactical box containing lower receiver
45. New Frontier armory box containing trigger and miscellaneous items
46. One pair of handcuffs and set of leg irons found in garage.

On October 18, 2024, a jury found defendant Negasi Ishaiah Zuberi aka Justin Joshua Hyche guilty as to Counts 1 through 7 of the Superseding Indictment. ECF No. 187.

By virtue of said guilty verdict, the United States is now entitled to forfeiture of said property pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure (except that Item No. 14., the Apple laptop, S/N: RN7YY6022V, and the black mesh bag and black hat listed in Item No. 22 have struck from the list of items to be forfeited);

**Preliminary Order of Forfeiture**         **Page 2**

Accordingly, it is ORDERED, the United States is authorized to seize the following:

1. Three AR-15 magazines (5.56) containing ammunition
2. One antenna device
3. One antenna device
4. 5.56 and 12 GA ammunition in plastic green ammunition box.
5. Nineteen rounds of assorted 9mm pistol ammunition
6. Double lock nickel plated steel handcuffs in box
7. Green metal ammunition can with Handcuff keys, lapel pin, 5.56 ammunition
8. Springfield XD 9mm Pistol Case
9. Steel ballistic plate vest carrier with three AR-15 Magazines (5.56)
10. Springfield Armory steel 9mm magazine
11. Barrel and upper receiver for 6mm AR Style Rifle
12. Springfield XD M-9 9mm pistol
13. Shell casing "Hornaday 9mm Luger"
14. ~~Apple laptop, S/N: RN7YY6022V~~
15. Bullet "RP 9mm Luger"
16. Handcuff Key
17. One AlumaTrans Metal Gun Case
18. AR-15 Magazine
19. Three 9mm handgun magazines
20. Various handgun holsters
21. 1 set silver, 1 set black hand cuffs
22. ~~Black mesh bag,~~ cell phone jammer, unknown antenna device, black gloves, ~~black hat,~~ and handcuffs
23. Two taser cartridges
24. Taser "Pulse," yellow and black in color
25. Twenty-seven rounds 5.56 Rifle ammunition (removed from magazine)
26. Two rounds 12 GA 2 3/4 in 00 Buckshot rounds (located in Stoeger)
27. Sixty-three rounds of 9mm Ammo
28. Remington Model 783 .308 Cal
29. Anderson Manufacturing AR-15
30. Stoeger Condor 12 GA Shotgun
31. Grey iPhone with cracks on back of phone
32. AR-15 lower jig instructions with handwritten notes
33. Lower receiver with attempted milled at trigger hole
34. Eight rounds of 9mm Blazer ammunition
35. Three boxes of 7.62 Wolf ammunition
36. Three MFT 5.56x45 magazines
37. Twenty-five round 6mm magazine
38. 7.62x39 magazine
39. Twenty-nine rounds 7.62x39 ammunition
40. Two 6mm round magazines
41. Thirty rounds Hornaday 6mm ammunition
42. AR-15 Rifle lower parts kit

43. Box of Remington 9mm ammunition
44. 5D tactical box containing lower receiver
45. New Frontier armory box containing trigger and miscellaneous items
46. One pair of handcuffs and set of leg irons found in garage.

These items are to be forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n):

The forfeited property is to be held by the United States Marshal in its secure custody.

Pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, the United States shall publish on the official government internet site, www.forfeiture.gov, notice of this order, notice of the Marshal's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property. The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. Upon entry of this Order, the United

**Preliminary Order of Forfeiture**                                                                                   **Page 4**

States is authorized to conduct discovery in identifying, locating, or disposing of the asset in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

Following the Court's disposition of all petitions filed, or if no such petitions are filed within the time prescribed by law, upon proof of publication and proof of notice to any persons known to have alleged an interest in the property, the United States shall have clear title to the property as provided in Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this __17__ day of January 2025.

**HONORABLE MICHAEL J. McSHANE**
United States District Judge

Respectfully submitted,

NATALIE K. WIGHT, OSB #035576
United States Attorney

*s/ Jeffrey S. Sweet*
JEFFREY S. SWEET
NATHAN J. LICHVARCIK
Assistant United States Attorneys