NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
JEFFREY S. SWEET, OSB #994183
Jeff.Sweet@usdoj.gov
NATHAN J. LICHVARCIK
Nathan.j.Lichvarcik@usdoj.gov
Assistant United States Attorneys
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:    (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:23-cr-00254-MC |
| v. | NOTICE OF CRIMINAL FORFEITURE |
| NEGASI ISHAIAH ZUBERI aka JUSTIN JOSHUA HYCHE, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that on January 17, 2025, in the above-captioned case, the United States District Court for the District of Oregon entered a Preliminary Order of Forfeiture and Final Order of Forfeiture as to Defendant Negasi Ishaiah Zuberi aka Justin Joshua Hyche, forfeiting the following property to the United States of America:

1. Three AR-15 magazines (5.56) containing ammunition
2. One antenna device
3. One antenna device
4. 5.56 and 12 GA ammunition in plastic green ammunition box.
5. Nineteen rounds of assorted 9mm pistol ammunition
6. Double lock nickel plated steel handcuffs in box

7. Green metal ammunition can with Handcuff keys, lapel pin, 5.56 ammunition
8. Springfield XD 9mm Pistol Case
9. Steel ballistic plate vest carrier with three AR-15 Magazines (5.56)
10. Springfield Armory steel 9mm magazine
11. Barrel and upper receiver for 6mm AR Style Rifle
12. Springfield XD M-9 9mm pistol
13. Shell casing "Hornaday 9mm Luger"
14. Bullet "RP 9mm Luger"
15. Handcuff Key
16. One AlumaTrans Metal Gun Case
17. AR-15 Magazine
18. Three 9mm handgun magazines
19. Various handgun holsters
20. 1 set silver, 1 set black hand cuffs
21. Cell phone jammer, unknown antenna device, black gloves, and handcuffs
22. Two taser cartridges
23. Taser "Pulse," yellow and black in color
24. Twenty-seven rounds 5.56 Rifle ammunition (removed from magazine)
25. Two rounds 12 GA 2 3/4 in 00 Buckshot rounds (located in Stoeger)
26. Sixty-three rounds of 9mm Ammo
27. Remington Model 783 .308 Cal
28. Anderson Manufacturing AR-15
29. Stoeger Condor 12 GA Shotgun
30. Grey iPhone with cracks on back of phone
31. AR-15 lower jig instructions with handwritten notes
32. Lower receiver with attempted milled at trigger hole
33. Eight rounds of 9mm Blazer ammunition
34. Three boxes of 7.62 Wolf ammunition
35. Three MFT 5.56x45 magazines
36. Twenty-five round 6mm magazine
37. 7.62x39 magazine
38. Twenty-nine rounds 7.62x39 ammunition
39. Two 6mm round magazines
40. Thirty rounds Hornaday 6mm ammunition
41. AR-15 Rifle lower parts kit
42. Box of Remington 9mm ammunition
43. 5D tactical box containing lower receiver
44. New Frontier armory box containing trigger and miscellaneous items
45. One pair of handcuffs and set of leg irons found in garage.

///

///

YOU ARE HEREBY NOTIFIED that the United States intends to dispose of this property in such manner as the Attorney General may direct.

Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish on the official government internet site, www.forfeiture.gov; notice of this order, notice of the United States Marshal's intent to dispose of the property in such manner as the United States may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier. You must petition the **United States District Court for the District of Oregon, 310 West Sixth Street, Medford, OR 97501,** for a hearing to adjudicate the validity of your alleged legal interest in this property. If a hearing is requested, it shall be held before the Court alone, without a jury.

The petition must be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

A copy of the petition should be served on **Assistant United States Attorney Judith R. Harper, 405 E. 8th Avenue, Suite 2400, Eugene OR 97401.**

Pursuant to Title 21, United States Code, Section 853(n)(2) and Fed. R. Crim. P. 32.2, NEITHER A CONVICTED DEFENDANT IN THE ABOVE-STYLED CASE NOR HIS/HER AGENT IS ENTITLED TO FILE A PETITION.

ANY HEARING on your petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of your petition. The Court may consolidate your hearing on the petition with any other hearings requested on any other petitions filed by any other person other than the defendant named above.

YOU HAVE THE RIGHT at the hearing to testify and present evidence and witnesses on your own behalf and cross-examine witnesses who appear at the hearing. The United States may present evidence and witnesses in rebuttal and in defense of its claim to the property and cross-examine witnesses who appear at the hearing. In addition to testimony and evidence presented at the hearing, the Court shall consider the relevant portions of the record of the criminal cases which resulted in the Preliminary Order of Forfeiture.

If, after the hearing, the Court determines that the petitioner has established by a preponderance of the evidence that: (a) the petitioner has a legal right, title, or interest in the property, and such right, title, or interest renders the Preliminary Order of Forfeiture invalid in whole or in part because the right, title, or interest was vested in the petitioner rather than the defendant or was superior to any right, title or interest of the defendant at the time of the commission of the acts which gave rise to the forfeiture of the property; or (b) the petitioner is a bona fide purchaser for value of the right, title, or interest in the property and was at the time of purchase reasonably without cause to believe that the property was subject to forfeiture, the Court shall amend the Preliminary Order of Forfeiture in accordance with its determination.

///
///
///
///

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE ABOVE-DESCRIBED PROPERTY WITHIN THIRTY (30) DAYS OF THIS NOTICE, YOUR RIGHT, TITLE, AND INTEREST IN THIS PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES OF AMERICA.

DATED:   January 28, 2025

>NATALIE K. WIGHT
>United States Attorney
>
>s/ *Jeffrey S. Sweet*
>**JEFFREY S. SWEET**
>Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing NOTICE OF CRIMINAL FORFEITURE on the persons listed below by causing to be deposited in the United States mail at Eugene, Oregon, on or about January 28, 2025, certified, return receipt requested, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

Amanda Lee Walker
801 N. Jennifer Lane
East Wenatchee, WA   98802

Prentice Gerald Smith, III
11829 White Oak Pass
Conroe, TX   77385

Negasi Zuberi, 70127-510
FCI Sheridan
P.O. Box 5000
Sheridan, OR   97378
          Defendant, pro se

Monty Holloway
P.O. Box 4392
Medford, OR   97501
          Investigator

                                                  s/ *Dawn Susuico*
                                                  DAWN SUSUICO
                                                  Paralegal

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have made service of the foregoing NOTICE OF CRIMINAL FORFEITURE on the persons listed below by causing to be deposited in the United States mail at Eugene, Oregon, on or about January 28, 2025, certified, return receipt requested, a true copy thereof in an envelope with postage thereon prepaid, addressed to:

Amanda Lee Walker
801 N. Jennifer Lane
East Wenatchee, WA   98802

Prentice Gerald Smith, III
11829 White Oak Pass
Conroe, TX   77385

Negasi Zuberi, 70127-510
FCI Sheridan
P.O. Box 5000
Sheridan, OR   97378
    Defendant, pro se

Monty Holloway
P.O. Box 4392
Medford, OR   97501
    Investigator

s/ *Dawn Susuico*
DAWN SUSUICO
Paralegal