Elizabeth G. Daily, OSB #111758
Assistant Federal Public Defender
Email: liz_daily@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEGASI ZUBERI,<br><br>Defendant. | Case No. 1:23-cr-00254-MC-1<br><br>NOTICE OF APPEAL |

Notice is hereby given that Negasi Zuberi, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of Conviction, ECF 248, entered in this action on January 27, 2025.

Dated: January 28, 2025.

/s/ Elizabeth G. Daily<br>
Elizabeth G. Daily, OSB #111758