FILED 31 MAR '26 09:42 USDC-ORE

3/20/26

Sakima Zuberi
P.O. Box 019001
Atwater Ca 95301

United States District Court
District of Oregon

| United States of America, Plaintiff | Case No. 1:23-Cr-00254-MC-2 |
|---|---|
| V. Sakima Zuberi, Defendant | NOTICE OF APPEAL |

Notice is hereby given that Sakima Zuberi in the above case, hereby appeals to the United States Court of Appeals for the NINTH CIRCUIT from the denial of ECF NO.[301] (a request for discovery) as well as ECF NO.[294]

These motions were denied. This is a notice of appeal for those denials. This is my second notice of appeal since the court is not treating my first one like a notice of appeal.

NOTICE OF APPEAL

Negasi Zuberi
7027510
United States Penitentiary atwater Ca
P.O. Box 019001
Atwater, Ca 95301

LEGAL
Mail

SACRAMENTO CA 957

25 MAR 2026 PM 3 L



U.S.A District Court
405 E 8th Ave, Suite 2100
Eugene, OR 97401

97401-271225